McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CYNTHIA SEELEY,<br><br>　　　　　　　　Defendant. | CASE NO. 2:20-CR-00202 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 11, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　　By previous order, this matter was set for status on January 11, 2021.

　　2.　　By this stipulation, defendant now moves to continue the status conference until March 8, 2021 at 9:00 a.m., and to exclude time between January 11, 2021, and March 8, 2021 at 9:00 a.m., under Local Code T4.

　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　　The government has represented that the discovery associated with this case includes investigative reports, materials obtained via subpoena, email correspondence, and related documents in electronic form including approximately 737 pages of documents as well as an audio recording. All of this discovery has been either produced directly to counsel and/or

made available for inspection and copying.

  b) Counsel for defendant desires additional time to consult and review the discovery with his client, conduct defense investigation, discuss potential resolutions with his client, and prepare for trial in the event that the matter is not otherwise resolved.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 11, 2021 to March 8, 2021 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 6, 2021                                   McGREGOR W. SCOTT
                                                          United States Attorney

                                                          /s/ SHELLEY D. WEGER
                                                          SHELLEY D. WEGER
                                                          Assistant United States Attorney


Dated: January 6, 2021                                   /s/ TIMOTHY ZINDEL
                                                          TIMOTHY ZINDEL
                                                          Counsel for Defendant
                                                          CYNTHIA SEELEY


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 6, 2021

                                                          WILLIAM B. SHUBB
                                                          UNITED STATES DISTRICT JUDGE