PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA SEELEY,<br><br>Defendant. | CASE NO. 2:20-CR-00202 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 8, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 8, 2021.

2. By this stipulation, defendant now moves to continue the status conference until April 12, 2021 at 9:00 a.m., and to exclude time between March 8, 2021, and April 12, 2021 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, materials obtained via subpoena, email correspondence, and related documents in electronic form including approximately 737 pages of documents as well as an audio recording. All of this discovery has been either produced directly to counsel and/or

made available for inspection and copying.

   b) Defense counsel seeks additional time to review the discovery and to discuss the evidence and defense strategy with his client.  Review has been hampered by communication difficulties arising from the Coronavirus pandemic lockdowns as well as the ongoing need to socially distance and avoid in person contact to the greatest extent possible to prevent the spread of the Coronavirus.  The defense has yet to determine whether further investigation is needed and seeks additional time to make this determination.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 8, 2021 to April 12, 2021 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 2, 2021                                          PHILLIP A. TALBERT
                                                               Acting United States Attorney


                                                               /s/ SHELLEY D. WEGER
                                                               SHELLEY D. WEGER
                                                               Assistant United States Attorney


Dated:  March 2, 2021                                          /s/ TIMOTHY ZINDEL
                                                               TIMOTHY ZINDEL
                                                               Counsel for Defendant
                                                               CYNTHIA SEELEY


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  March 2, 2021                        _____
                                             WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE