1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00202 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CYNTHIA SEELEY, | DATE: May 10, 2021 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 10, 2021.

2. By this stipulation, defendant now moves to continue the status conference until June 21, 2021 at 9:00 a.m., and to exclude time between May 10, 2021, and June 21, 2021 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, materials obtained via subpoena, email correspondence, and related documents in electronic form including approximately 737 pages of documents as well as an audio recording. The discovery has been either produced directly to counsel and/or made

available for inspection and copying.

   b)  Defense counsel seeks additional time to interview potentially material witnesses concerning the circumstances surrounding the offense, discuss the evidence and potential resolutions with the defendant, and to confer with the government.

   c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d)  The government does not object to the continuance.

   e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 10, 2021 to June 21, 2021 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 5, 2021　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ SHELLEY D. WEGER
　　　　　　　　　　　　　　　　　　　　　　SHELLEY D. WEGER
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: May 5, 2021　　　　　　　　　　　　　/s/ TIMOTHY ZINDEL (by Shelley
　　　　　　　　　　　　　　　　　　　　　　Weger as authorized on 5/5/21)
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY ZINDEL
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　CYNTHIA SEELEY


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED. Moreover, the ongoing COVID-19 pandemic has led to the suspension of jury trials in this district since March 17, 2020, and the General Orders of this court issued in connection with the pandemic allow for continuances and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), with no further findings required. General Orders 611, 612, 617, and 618. Additionally, the April 16, 2020 Order of the Judicial Council of the Ninth Circuit suspended the time limits of 18 U.S.C. § 3161(c) due to a judicial emergency in this district until May 2, 2021. See In re Approval of the Judicial Emergency Decl. in the E. Dist. of Cal., 956 F.3d 1175 (9th Cir. Judicial Council 2020).

Dated: May 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE