1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                       IN THE UNITED STATES DISTRICT COURT
9
                          EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,      | CASE NO. 2:20-CR-00202 WBS |
|---|---|
12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
13 | v. | |
14 | CYNTHIA SEELEY, | DATE: October 4, 2021 |
15 | Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

16

17                                **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on October 4, 2021.

21       2.      By this stipulation, defendant now moves to continue the status conference until

22 November 15, 2021 at 9:00 a.m., and to exclude time betweenOctober 4, 2021, and November 15, 2021,

23 under Local Code T4.

24       3.      The parties agree and stipulate, and request that the Court find the following:

25            a)      The government has represented that the discovery associated with this case

26 includes investigative reports, materials obtained via subpoena, email correspondence, and

27 related documents in electronic form including approximately 737 pages of documents as well as

28 an audio recording. The discovery has been either produced directly to counsel and/or made

available for inspection and copying.

  b) Defense counsel has been engaged in ongoing defense investigation but requires additional time, as well as additional time to discuss the evidence and potential resolutions with his client, and to otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 4, 2021 to November 15, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 29, 2021              PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       /s/ SHELLEY D. WEGER
                                       SHELLEY D. WEGER
                                       Assistant United States Attorney

Dated: September 29, 2021              /s/ TIMOTHY ZINDEL by Shelley
                                       Weger as authorized on 9/29/21
                                       TIMOTHY ZINDEL
                                       Counsel for Defendant
                                       CYNTHIA SEELEY

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: September 30, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3