PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CYNTHIA SEELEY,<br><br>                              Defendant. | CASE NO.  20-CR-00202 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 31, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 31, 2022.

2.      By this stipulation, defendant now moves to continue the status conference until March 28, 2022 at 9:00 a.m., and to exclude time between January 31, 2022, and March 28, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Defense counsel seek additional time to arrange and complete an evaluation of Ms. Seeley, which he believes may be relevant to the resolution and/or disposition of this case. Defense counsel represents that he has applied to the court for funding and awaits witness interview reports from his investigator that will be necessary for an effective evaluation.  Upon completion of the evaluation, defense counsel will need time to confer with his client and the

government.

b)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)      The government does not object to the continuance.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 31, 2022 to March 28, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

1

2        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

3 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4 must commence.

5        IT IS SO STIPULATED.

6

7

8 Dated:  January 26, 2022                PHILLIP A. TALBERT
United States Attorney

9

10                      /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

11

12

13 Dated:  January 26, 2022                /s/ TIMOTHY ZINDEL by
Shelley Weger as authorized on
January 26, 2022

14

15                      TIMOTHY ZINDEL
Counsel for Defendant
CYNTHIA SEELEY

16

17

18                         **ORDER**

19        IT IS SO FOUND AND ORDERED.

20        Dated:  January 26, 2022

21                      WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28