PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>           v.<br><br>CYNTHIA SEELEY,<br><br>                      Defendant. | CASE NO. 20-CR-00202 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 28, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on March 28, 2022.

2.  By this stipulation, defendant now moves to continue the status conference until May 9, 2022, and to exclude time between March 28, 2022, and May 9, 2022, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  Defense counsel requests additional time to conduct additional investigation and to arrange and complete an evaluation of the defendant, which he believes may be relevant to the resolution and/or disposition of this case. Defense counsel represents that he has received court funding for the requested evaluation of defendant but to date, has had difficulty reaching defendant by telephone to arrange and conduct the evaluation. Defense counsel plans to travel to meet with defendant in person if she continues to be unreachable by phone. Upon completion of

the evaluation, defense counsel will need time to confer with his client and the government.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2022 to May 9, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 22, 2022　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ SHELLEY D. WEGER
　　　　　　　　　　　　　　　　　　　　　　SHELLEY D. WEGER
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: March 22, 2022　　　　　　　　　　　　/s/ TIMOTHY ZINDEL by
　　　　　　　　　　　　　　　　　　　　　　Shelley Weger as authorized on
　　　　　　　　　　　　　　　　　　　　　　March 21, 2022
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY ZINDEL
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　CYNTHIA SEELEY

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE