TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com


Attorney for Defendant
CYNTHIA SEELEY


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-0202 WBS |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| vs. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| CYNTHIA SEELEY, | ) |
| | ) |
| Defendant. | ) Judge:   Hon. William B. Shubb |
| | ) Date:    May 9, 2022 |
| | ) Time:    9:00 a.m. |
| | ) |

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status conference on May 9, 2022.

2.   By this stipulation, defendant moves to continue the status conference until July 25, 2022, and to exclude time between May 9, 2022, and July 25, 2022, under Local Code T4.

3.   The parties agree and stipulate, and request that the

-1-

Court find the following:

a)   Defense counsel requests additional time to obtain records he believes may be relevant to the resolution or disposition of this case and that are necessary to complete an evaluation.  Once completed, defense counsel will need time to confer with his client and the government.

b)   Defense counsel is scheduled to try a homicide case in the Eastern District of Oklahoma beginning June 21, 2022, and will be unable to give meaningful attention to Ms. Seeley's case until that trial is concluded.

c)   Counsel for defendant believes that failure to grant the above-requested continuance would deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)   The government does not object to the continuance.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 9, 2022, to July 25, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding

that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully Submitted,


Dated:  May 3, 2022          */s/ T. Zindel*
                             TIMOTHY ZINDEL
                             Attorney for CYNTHIA SEELEY


                             PHILIP A. TALBERT
                             United States Attorney


Dated:  May 3, 2022          */s/ T. Zindel for Shelley D. Weger*
                             SHELLEY D. WEGER
                             Assistant U.S. Attorney

**O R D E R**


The Court adopts the findings set forth above.  The status conference is continued to July 25, 2022, at 9:00 a.m. and time is excluded through that date, commencing today, for the reasons and on the basis set forth above.

IT IS SO ORDERED.

Dated:  May 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE