```
TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com


Attorney for Defendant
CYNTHIA SEELEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>           vs.<br><br>CYNTHIA SEELEY,<br><br>  Defendant. | Case No. 2:20-CR-0202 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Judge:   Hon. William B. Shubb<br>Date:    July 25, 2022<br>Time:    9:00 a.m. |

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

  1.   By previous order, this matter was set for status conference on July 25, 2022.

  2.   By this stipulation, defendant moves to continue the status conference until September 26, 2022, and to exclude time between July 25, 2022, and September 26, 2022, under Local Code T4.

-1-

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defense counsel requests additional time to obtain records and to consult with an expert, which he believes will assist in the resolution or disposition of this case. Once completed, defense counsel will need additional time to confer with his client, who resides in Butte County and typically requires an in-person meeting.

    b) Additionally, defense counsel has asked government counsel to meet with him and an expert after the records have been reviewed to discuss possible resolution of the case short of trial. Defense counsel believes the meeting is necessary to provide effective representation.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 25, 2022, to September 26, 2022, inclusive, is deemed excludable

pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully Submitted,

Dated:  July 18, 2022          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Attorney for CYNTHIA SEELEY


                               PHILIP A. TALBERT
                               United States Attorney

Dated:  July 18, 2022          /s/ T. Zindel for Shelley D. Weger
                               SHELLEY D. WEGER
                               Assistant U.S. Attorney


/////

/////

/////

/////

/////

/////

**O R D E R**

The Court adopts the findings set forth above.  The status conference is continued to September 26, 2022, at 9:00 a.m. and time is excluded through that date, commencing today, for the reasons and on the basis set forth above.

IT IS SO ORDERED.

Dated:   July 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE