1  TIMOTHY ZINDEL, #158377
   P.O. Box 188976
2  Sacramento, CA  95818
   Tel: (916) 704-2665
3  timzindel@gmail.com

4

5  Attorney for Defendant
   CYNTHIA SEELEY
6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   ) Case No. 2:20-CR-0202 WBS
                               )
12      Plaintiff,             )
                               ) **STIPULATION AND ORDER**
13                      vs.    ) **CONTINUING STATUS CONFERENCE**
                               ) **AND EXCLUDING TIME**
14 CYNTHIA SEELEY,             )
                               )
15      Defendant.             ) Judge:   Hon. William B. Shubb
                               ) Date:    October 31, 2022
16                             ) Time:    9:00 a.m.
                               )
17

18

19     Plaintiff, United States of America, by and through its

20 counsel of record, and defendant, by and through her counsel of

21 record, hereby stipulate as follows:

22     1.   By previous order, this matter was set for status

23 conference on October 31, 2022.

24     2.   By this stipulation, defendant moves to continue the

25 status conference to January 9, 2023, and to exclude time

26 between October 31, 2022, and January 9, 2023, under Local Code

27 T4.

28

-1-

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defense counsel requests additional time to conduct defense investigation and to allow the government to review and discuss evidence he provided on September 16 and October 24, 2022, which he believes is relevant to the resolution of this case. The parties anticipate that the government will have questions for the defense about the recently produced evidence that will require additional defense investigation or follow-up. Once any additional follow-up has been completed and defense counsel has conferred with the counsel for the government, defense counsel will need additional time to confer with his client, who recently relocated to Southern California, about the case and potential resolutions. Ms. Seeley typically requires an in-person meeting, which will require travel by either defense counsel or Ms. Seeley. Further, defense counsel will be out of the country from November 2, 2022, until November 22, 2022, and will not be able to perform substantive work on the case until his return. Defense counsel further requires this additional time to continue preparing for trial, including the preparation of pretrial motions, in the event this matter is not otherwise resolved.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny the defense the reasonable time necessary for effective preparation, taking


into account the exercise of due diligence.

c)   The government does not object to the continuance.

d)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 31, 2022, to January 9, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated:  October 26, 2022        */s/ T. Zindel*
TIMOTHY ZINDEL
Attorney for CYNTHIA SEELEY

```
                              PHILIP A. TALBERT
                              United States Attorney

Dated:  October 26, 2022      /s/ T. Zindel for Shelley D. Weger
                              SHELLEY D. WEGER
                              Assistant U.S. Attorney
```

**O R D E R**

The Court adopts the findings set forth above.  The status conference is continued to January 9, 2023, at 9:00 a.m. and time is excluded through that date, commencing today, for the reasons and on the basis set forth above.

IT IS SO ORDERED.

Dated:  October 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE