TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
CYNTHIA SEELEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CYNTHIA SEELEY,<br><br>    Defendant. | Case No. 2:20-CR-0202-DJC<br><br>**ORDER FOR FUNDS FOR TRAVEL, LODGING, AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285 AND 18 U.S.C. § 3006A**<br><br>Judge:  Hon. Carolyn K. Delaney |

    Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Cynthia Seeley with the cost of travel from Riverside County to Sacramento, California, so that she may attend the jury trial scheduled for June 26, 2023, at 9:00 a.m. Additionally, the United States Marshal shall provide Ms. Seeley with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

    Pursuant to 18 U.S.C. § 3006A, the Court orders the Federal Defender's Office to disburse Criminal Justice Act (CJA) funds to furnish Ms. Seeley with the cost of lodging, food, and incidental expenses while she is in Sacramento, commencing June 24, 2023, through the conclusion of her trial. It is further ordered that CJA funds shall be disbursed by the Federal Defender's office for travel and subsistence to enable Ms. Seeley to return to Riverside County

when trial is completed. It is further ordered that to the extent practicable, the travel and subsistence expenses shall not exceed the parameters set out in the attached Travel Funding Memorandum and the per diem allowance for travel under 5 U.S.C. § 5702(a).

It is further ordered that appointed defense counsel may advance the travel and subsistence funds to be disbursed from CJA funds and that the Federal Defender is ordered to reimburse counsel. Counsel shall seek any reimbursement from CJA funds promptly once the authorized travel is completed. Counsel shall endeavor to limit the expenses to the parameters set out in the attached Travel Funding Memorandum, however counsel is not personally liable for excess expenses and shall be reimbursed from CJA funds for all expenses reasonably authorized.

IT IS SO ORDERED.

Dated:  June 20, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE