1  TIMOTHY ZINDEL, #158377
   P.O. Box 188976
2  Sacramento, CA  95818
   Tel: (916) 704-2665
3  timzindel@gmail.com

4

5  Attorney for Defendant
   CYNTHIA SEELEY
6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) Case No. 2:20-CR-0202-DJC
                                     )
12       Plaintiff,                  )
                                     ) **ORDER SEALING DOCUMENTS**
13       vs.                         )
                                     )
14  CYNTHIA SEELEY,                  )
                                     )
15       Defendant.                  ) Judge:  Hon. Daniel J. Calabretta
                                     )
16                                   )
                                     )
17  _____  )

18

19       Defendant Cynthia Seeley's request to seal her opposition to Motion to Exclude Defense

20  Expert is granted.  All related documents except the Notice of Request to Seal shall be filed

21  under seal pursuant to Local Rule 141.

22       IT IS SO ORDERED.

23   Dated:  6/22/23                     /s/ Daniel J. Calabretta
                                         _____
24                                       THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE
25

26

27

28