IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CYNTHIA SEELEY,<br><br>　　　　　　　　Defendant. | CASE NO.  2:20-CR-0202-DJC<br><br>ORDER DISMISSING INDICTMENT |

Based on the United States' Motion to Dismiss, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment in the above-captioned matter is dismissed without prejudice.  The Status Hearing scheduled for January 18, 2024, is VACATED.

DATED:  January 16, 2024　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE